1  Al Lustgarten, Bar # 189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
   Phone; 818-907-5866   Fax 818-461-5959
3  Attorney for Plaintiff

4              UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,        )
                                        )
7          Plaintiff,       vs.         )   Case No.: 2:11-CV-09305-WDK-PLA
                                        )
8  JUAN RODRIGUEZ, et al,               )   **RENEWAL OF JUDGMENT BY CLERK NUNC PRO TUNC
                                        )   TO MARCH 20, 2023 PER ORDER, [26]**
9          Defendant,                   )
                                        )

10  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

11 F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

12     Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Juan Rodriguez, an

13 individual d/b/a Mariscos Puerto Vallarta, and Maria Concepcion Rodriguez, an individual d/b/a Mariscos

14 Puerto Vallarta, entered on March 20, 2013, be and the same is hereby renewed in the amounts as set

15 forth below:

       Renewal of money judgment

       a.  Total judgment                              $     6,250.00
       b.  Costs after judgment                        $         0.00
       c.  Subtotal *(add a and b)*                    $     6,250.00
       d.  Credits                                     $         0.00
       e.  Subtotal *(subtract d from c)*              $     6,250.00
       f.  Interest after judgment (.15%)              $        93.80
       g.  Fee for filing renewal of application       $         0.00
       **h.  Total renewed judgment (add e, f and g)** $  **6,343.80**

Dated: October 8, 2023, NUNC PRO TUNC TO MARCH 20, 2023 PER ORDER, [26]

CLERK, by Deputy _Sharon Hall Brown_

Kiry A. Gray,
Clerk of U.S. District Court


                        Renewal of Judgment